(134 So. 815)
### Roston HAVENS v. STATE.
### I Div. 667.

Supreme Court of Alabama.
May 21, 1931.

Gordon, Edington & Leigh, of Mobile, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Roston Havens for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Havens v. State, 134 So. 814.

Writ denied. Postal Tel. Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.